**THE LAW OFFICE OF ROBERT L. STARR**
Robert L. Starr, State Bar No. 183052
robert@starrlaw.com
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Voice: 818-225-9040
Facsimile: 818-225-9042

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIORNIA

| | |
|---|---|
| LUX GLOBAL AUTO SALES, a corporation, on behalf of itself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., and DOES 1 through 10,<br><br>Defendants. | Case No. 2:21-CV-02157-JAM-AC<br><br>ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT |

Based on the parties' stipulation, the court approves the stipulation and orders the following:

1. Plaintiff may file a first amended complaint by February 23, 2022.
2. Defendant will file a motion to dismiss the first amended complaint by March 25, 2022.
3. The opposition to the motion to dismiss the amended complaint is due by April 26, 2022.
4. The reply for the motion to dismiss the amended complaint is due by May 17, 2022.
5. The hearing on Defendant's motion to dismiss the first amended complaint shall be noticed for hearing on June 7, 2022 at 1:30 PM.

IT IS SO ORDERED.

DATED:  January 20, 2022          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE