Robert L. Starr, SBN 183052
robert@starrlaw.com
THE LAW OFFICE OF ROBERT L. STARR
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Tel: 818-225-9040 | Fax: 818-225-9042

Attorneys for Plaintiffs

Amir Nassihi, SBN 235936
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel: 415.544.1900 | Fax: 415.391.0281

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUX GLOBAL AUTO SALES, a California Corporation, and MARIA VELARDE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and DOES 1 to 10,<br><br>Defendant. | Case No. 2:21-cv-02157-JAM-AC<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

Plaintiffs Lux Global Auto Sales and Maria Velarde ("Plaintiffs') and Defendant Nissan North America, Inc. ("Defendant" or "Nissan"), collectively referred to as the "Parties," by and through their respective counsel, have met and conferred regarding the issues in this case and Nissan's anticipated motion to dismiss and, based on those conferrals, making progress toward narrowing the issues, including tentatively agreeing upon dismissal of one of the two plaintiffs in the case. Based on these conferrals, the Parties hereby stipulate as follows:

1. Nissan's deadline to respond to Plaintiffs' First Amend Class Action Complaint is extended from March 25, 2022 to April 29, 2022.
2. Plaintiffs' deadline to file an opposition to Nissan's motion to dismiss is extended from April 26, 2022 to May 31, 2022.
3. Nissan's deadline to file a reply in support of its motion to dismiss is extended from May 17, 2022 to June 21, 2022.

IT IS SO STIPULATED AND AGREED.

Dated: March 8, 2022                THE LAW OFFICE OF ROBERT L. STARR

By: /s/ Robert L. Starr (as authorized on 3/8/22)
        Robert L. Starr

Attorneys for Plaintiffs


SHOOK HARDY & BACON L.L.P.

By: /s/ Amir Nassihi
        Amir Nassihi

Attorneys for Defendant
Nissan North America, Inc.

## ATTESTATION OF SIGNATURE

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

*/s/ Amir Nassihi*
Amir Nassihi

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated:  March 15, 2022                               /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    UNITED STATES DISTRICT COURT JUDGE