Robert L. Starr, SBN 183052
robert@starrlaw.com
THE LAW OFFICE OF ROBERT L. STARR
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Tel: 818-225-9040 | Fax: 818-225-9042

Attorneys for Plaintiffs


Amir Nassihi, SBN 235936
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel: 415.544.1900 | Fax: 415.391.0281

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUX GLOBAL AUTO SALES, a California Corporation, and MARIA VELARDE, on behalf of themselves and others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC., and DOES 1 to 10,<br><br>           Defendant. | Case No. 2:21-cv-02157-JAM-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NISSAN NORTH AMERICA, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

Remaining Plaintiff Maria Velarde ("Plaintiff") and Defendant Nissan North America, Inc. ("Defendant" or "Nissan"), collectively referred to as the "Parties," by and through their counsel hereby stipulate and agree to the following:

WHEREAS, Plaintiffs Maria Velarde and Lux Global Auto Sales filed a First Amended Complaint in this case on January 21, 2022;

WHEREAS, the parties in this case previously entered into a stipulation providing Nissan until April 29, 2022 to respond to the operative First Amended Complaint;

WHEREAS, Plaintiff Lux Global Auto Sales was subsequently dismissed pursuant to stipulation and order on March 31, 2022;

WHEREAS, this dismissal of Lux Global Auto Sales leaves Plaintiff Maria Velarde as to the sole remaining Plaintiff in this Action;

WHEREAS Ms. Velarde does not reside in this District, and does not allege that she purchased the subject vehicle in this District, and therefore lacks a connection to the Eastern District of California for purposes of this Action;

WHEREAS, the requested extension of Defendant's time to respond to the First Amended Complaint would afford the Parties additional time to consider the most appropriate venue for this litigation following the dismissal of Plaintiff Lux Global Auto Sales;

And WHEREAS, Plaintiff Maria Velarde consents to Defendant's requested extension accordingly;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the Court's approval:

Defendant Nissan North America, Inc. shall file its response to the First Amended Complaint on or before May 31, 2022

IT IS SO STIPULATED AND AGREED.

| | | |
|---|---|---|
| 1 | Dated: April 7, 2022 | THE LAW OFFICE OF ROBERT L. STARR |
| 2 | | By: /s/ Robert L. Starr (as authorized on 4/7/2022) |
| 3 | | Robert L. Starr |
| 4 | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | | SHOOK HARDY & BACON L.L.P. |
| 7 | | By: /s/ Amir Nassihi |
| | | Amir Nassihi |
| 8 | | Attorneys for Defendant |
| 9 | | Nissan North America, Inc. |

2

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: April 8, 2022                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE