Robert L. Starr, SBN 183052
robert@starrlaw.com
Adam Rose
adam@starrlaw.com
THE LAW OFFICE OF ROBERT L. STARR
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Tel: 818-225-9040 | Fax: 818-225-9042

Attorneys for Plaintiffs

Amir Nassihi, SBN 235936
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel: 415.544.1900 | Fax: 415.391.0281

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUX GLOBAL AUTO SALES, a California Corporation, and MARIA VELARDE, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC., and DOES 1 to 10,<br><br>    Defendant. | Case No. 2:21-cv-02157-JAM-AC<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Remaining Plaintiff Maria Velarde ("Plaintiff") and Defendant Nissan North America, Inc. ("Defendant" or "Nissan"), collectively referred to as the "Parties," by and through their respective counsel, have met and conferred and hereby stipulate to the following briefing schedule:

1. Plaintiff's deadline to file an opposition to Nissan's motion to dismiss First Amended Complaint shall be July 6, 2022.
2. Nissan's deadline to file a reply in support of its motion to dismiss Plaintiff's Amended Complaint shall be shall be August 3, 2022.

IT IS SO STIPULATED AND AGREED.

Dated: June 6, 2022

THE LAW OFFICE OF ROBERT L. STARR

By: /s/ Adam Rose (as authorized on 6/8/2022)
    Adam Rose
    Robert L. Starr

Attorneys for Plaintiffs

SHOOK HARDY & BACON L.L.P.

By: /s/ Amir Nassihi
    Amir Nassihi

Attorneys for Defendant
Nissan North America, Inc.

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

                                                      */s/ Amir Nassihi*
                                                     Amir Nassihi

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: June 9, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE