## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LUX GLOBAL AUTO SALES, INC., ET AL.,**

CASE NO: **2:21–CV–02157–JAM–AC**

v.

**NISSAN NORTH AMERICA, INC.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/28/2022**

**Keith Holland**
Clerk of Court

ENTERED: **November 28, 2022**

by: /s/ K. Spichka
Deputy Clerk